UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | CIVIL ACTION NO: 2:16-CV-00488-GZS |
|---|---|
| **U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust** | |
| | **PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AS TO LOUISE L. NUNN AND TIMOTHY A. NUNN** |
| **Plaintiff** | |
| vs. | RE:<br>22 Dawes Avenue, Auburn, ME 04210 |
| **Louise L. Nunn and Timothy A. Nunn** | Mortgage:<br>06/08/2005<br>Book 6364, Page 156 |
| **Defendants** | |

NOW COMES the Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust (hereinafter "U.S. Bank"), pursuant to Fed.R.Civ. P.55(a) and hereby moves for Default, following service, as to Parties Louise L. Nunn and Timothy A. Nunn since said Parties have neither answered nor otherwise appeared in this matter.  As grounds therefore, Plaintiff states the following:

1. Plaintiff's Complaint was filed on September 23, 2016.

2. The Borrower, Louise L. Nunn, was served with the subject complaint on September 27, 2016.

3. As of this date, Borrower Louise L. Nunn has neither answered nor otherwise appeared in this matter.

4. The Borrower, Timothy A. Nunn, was served with the subject complaint on September 27, 2016.

5. As of this date, Borrower Timothy A. Nunn has neither answered nor otherwise appeared in this matter.

6. Proofs of Service for all parties were filed on October 21, 2016.

7. The said Parties are not in the military.

8. Plaintiff has brought this action to address six counts entitling it to various forms of relief including Foreclosure, Breach of Note, Breach of Contract, Money Had and Received, Quantum Meruit, and Unjust Enrichment.

9. By failing to appear in this matter, entry of default in favor of Plaintiff, pursuant to Fed.R.Civ.P Rule 55(a) is proper against Parties Louise L. Nunn and Timothy A. Nunn.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter default as against to Defendants, Louise L. Nunn and Timothy A. Nunn.

DATED: January 13, 2017

/s/John A. Doonan, Esq.
John A. Doonan, Esq., Bar No.: 3250
Attorney for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center
Suite 225D
Beverly, MA 01915

## CERTIFICATE OF SERVICE

      I, John A. Doonan, Esq. hereby certify that on January 13, 2017 I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

/s/John A. Doonan, Esq.
John A. Doonan, Esq., Bar No.: 3250

Louise L. Nunn
22 Dawes Avenue
Auburn, ME 04210

Timothy A. Nunn
22 Dawes Avenue
Auburn, ME 04210